UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES RAY MILLER,

    Plaintiff,                                                Case No. 3:19-cv-145

vs.

THE CITY OF SPRINGFIELD             District Judge Michael J. Newman
POLICE DIVISION, *et al.*,                Magistrate Judge Sharon L. Ovington

    Defendants.

---

### ORDER: (1) REOPENING DISCOVERY FOR THE LIMITED PURPOSE OF PROVIDING PLAINTIFF UNTIL FEBRUARY 12, 2022, TO TAKE DEFENDANT CODY MCFALL'S DEPOSITION; AND (2) RESETTING THE FINAL PRETRIAL CONFERENCE TO FEBRUARY 14, 2022, AT 11:00 A.M.

---

This case is before the Court on Plaintiff's motion to vacate the trial date, reopen discovery, and set a scheduling conference (Doc. No. 77) and Defendants' response in opposition (Doc. No. 82). For good cause shown and to strike a balance between permitting Plaintiff, on the one hand, to conduct limited discovery after the discovery and summary judgment deadlines and, on the other hand, to prevent undue prejudice to Defendants, the Court will reopen discovery for the limited purpose of providing Plaintiff until **February 12, 2022,** to take Defendant Cody McFall's deposition. The final pretrial conference set for February 3, 2022, is **RESET** for **February 14, 2022, at 11:00 A.M.** The trial will proceed as scheduled on **February 28, 2022**.

    **IT IS SO ORDERED.**

January 31, 2022                                                       s/Michael J. Newman
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge