UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES RAY MILLER,

    Plaintiff,                                             Case No. 3:19-cv-145

vs.

THE CITY OF SPRINGFIELD              District Judge Michael J. Newman
POLICE DIVISION, *et al.*,

    Defendants.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO VACATE TRIAL DATE (Doc. No. 100); (2) RESCHEDULING TRIAL FOR TUESDAY, NOVEMBER 29, 2022 AT 9:30 AM; (2) SETTING A FINAL PRETRIAL CONFERENCE ON NOVEMBER 3, 2022 AT 4:00 PM IN COURTROOM 4; AND (3) SETTING A FINAL DEADLINE OF JULY 31, 2022 FOR PRODUCTION OF ALL REMAINING EXHIBITS TO BE USED DURING TRIAL**

---

This civil case is set for trial on August 8, 2022. For good cause show, the parties' joint motion to vacate trial date (Doc. No. 100) is **GRANTED**. In doing so, the Court resets the following dates:

| Trial Date | Tuesday, November 29, 2022 at 9:30 a.m. |
|---|---|
| Final Pretrial Conference Date | November 3, 2022 at 4:00 p.m. in Courtroom 4[1] |
| Final Deadline for Production of All Exhibits to be Used during Trial | July 31, 2022 |

All remaining trial-related deadlines are controlled by—and set pursuant to—Section VII of the Court's Standard Order Governing Civil Cases (effective December 10, 2021), available at https://www.ohsd.uscourts.gov/FPNewman.

    **IT IS SO ORDERED.**

June 24, 2022                                                            s/Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge

---

[1] Walter H. Rice Federal Building and U.S. Courthouse, 200 W. 2nd St., Dayton, Ohio 45402.